UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Courtesy Copy
ECF Filed
Document # 33

--------------------------------------------------------------------X

CAPITAL ONE, NATIONAL ASSOCIATION,
successor by merger to North Fork Bank,

                                Plaintiff,

       - against -

DANIEL A. HESSE, IFS CAPITAL LLC, NEW YORK
STATE DEPARTMENT OF TAXATION AND
FINANCE, NORTH SHORE LEASING & FUNDING,
INC., UTICA MUTUAL INSURANCE COMPANY,
GRAPHIC ARTS MUTUAL INSURANCE COMPANY,
GERALDINE BIELLO, NICHOLAS IORIO, MARIAN
IORIO, FRED DESANTI, KENNETH REID,
WASHINGTON INTERNATIONAL INSURANCE
COMPANY,

"JOHN DOE #1" through "JANE DOE #80," the last
eighty names being fictitious and unknown to the Plaintiff,
the person or parties intended being the person or parties, if
any, having or claiming an interest in or lien upon the
mortgage premises described in the Complaint,

                             Defendants.

--------------------------------------------------------------------X

**JUDGMENT OF
FORECLOSURE AND
SALE**

Case No. 13-cv-02905-
SJF-ARL

Foreclosure of: 280
Knickerbocker Avenue
a/k/a 280, 282 and 284
Knickerbocker Avenue,
Bohemia, New York
District 0500
Section 193.00
Block 01.00
Lot 016.020

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ NOV 06 2013 ★

LONG ISLAND OFFICE

       On the Summonses in a Civil Action ("the Summons") and Verified Complaint

("Complaint") filed in the Clerk's Office of the United States District Court of the

Eastern District of New York on May 17, 2013; on the Notice of Pendency of action filed

in the Office of the Suffolk County Clerk on June 4, 2013; on the affidavits of service of

the Summons upon the defendants, all of which were duly filed with the Clerk of the

Court; on the affirmation of regularity of Maryam Franzella, an associate with the law

firm of LAZER, APTHEKER, ROSELLA & YEDID, P.C., the attorneys for Plaintiff,

Capital One, National Association ("Capital One") dated November 4, 2013; on the

affirmation as to attorneys' fees and bill of costs of Maryam Franzella, dated November 4, 2013; on the Affidavit as to amounts due to Capital One of John Szeman, Vice President of Capital One, sworn to on the 4th day of November, 2013; and upon all of the proceedings had herein, the Court finds that:

This action was brought to foreclose a mortgage dated February 4, 2002 (the "Consolidated Mortgage"), and recorded in the Office of the Clerk of Suffolk County on February 15, 2002 in Liber 20027 Page 672, encumbering real property situate within the County of SUFFOLK, State of New York, known as 280 Knickerbocker Avenue a/k/a 280, 282 and 284 Knickerbocker Avenue, Bohemia, New York (District: 0500, Section: 193.00, Block: 01.00, Lot: 016.020) ("Mortgaged Premises");

Defendants, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, NORTH SHORE LEASING & FUNDING, INC., UTICA MUTUAL INSURANCE COMPANY, GRAPHIC ARTS MUTUAL INSURANCE COMPANY, GERALDINE BIELLO, NICHOLAS IORIO, MARIAN IORIO, FRED DESANTI, KENNETH REID, WASHINGTON INTERNATIONAL INSURANCE COMPANY, JOHN DOE #1 (JIM SAYERS D/B/A JIMBO'S DELI AND PIZZA) AND JANE DOE #2 (STRESSFREE DRIVING SCHOOL) have been duly served with copies of the Summons and Complaint and have not answered or moved with respect to the Summons and Complaint and the time for them to do so has expired and has not been extended by court order or otherwise; and it does not appear that any defendant is an infant, incompetent, or absentee, or in the military service as defined by the Military Law and

2

the Soldiers' and Sailors' Civil Relief Act; accordingly the aforementioned defendants are in default and, as such, a default was entered against the aforementioned defendants pursuant to the Clerk's Certificate of Default docketed on October 3, 2013 and October 9, 2013;

Defendants DANIEL A. HESSE, IFS CAPITAL LLC interposed a verified answer dated August 2, 2013, which they withdrew by letter filed with this Court on October 4, 2013;

The amount due on the Consolidated Note and Mortgage as of **November 1, 2013**, as set forth in accompanying affidavit of John Szeman, sworn to on the 4th day of November, 2013 and the affirmation of Maryam Franzella as to attorneys' fees dated November 4, 2013, is the total sum of **$307,709.37** as follows:

|   |   |   |
|---|---|---|
| a. | Principal | $226,448.50 |
| b. | Interest (including default Interest at the rate of 12.25% from 9/1/12) | $27,554.16 |
| c. | Late Fees | $10,021.82 |
| d. | Negative Escrow for Real Estate Taxes | $15,291.28 |
| e. | Appraisal charges | $5,450.00 |
| f. | Attorneys' fees (as of October 30, 2013) | $20,818.50 |
| g. | Costs | $2,125.11 |

NOW, on request of LAZER, APTHEKER, ROSELLA AND YEDID, P.C., attorneys for Plaintiff, it is

ORDERED, ADJUDGED and DECREED, that the mortgaged premises described in the Complaint in this action, as hereinafter described, or such part thereof as may be sufficient to discharge the mortgage debt under the consolidated note and consolidated

mortgage, the expenses of sale and the costs of this action, be sold in one parcel as follows: **280 Knickerbocker Avenue a/k/a 280, 282 and 284 Knickerbocker Avenue, Bohemia, New York (District: 0500, Section: 193.00, Block: 01.00, Lot: 016.020**, at public auction to be held in the lobby of the United States District Court for the Eastern District of New York, **100 Federal Plaza, Central Islip, New York 11722** by and under the direction of ___William Wexler, Esq.___ ,  who is hereby appointed Referee for that purpose; in the absence of the designated Referee, the Court will designate a substitute Referee forthwith; that said Referee give public notice of the time and place of said sale according to law and the practice of this Court by advertising in the Suffolk County Edition of ___Newsday, a daily newspaper___  and that the Plaintiff or any other parties to this action may become the purchaser or purchasers at such sale; that in case the Plaintiff or any assignee of the Plaintiff shall become the purchaser at the said sale, they shall not be required to make any deposit thereon; that said Referee execute to the purchaser or purchasers on such sale a deed of the premises sold; that in the event a party other than the Plaintiff or the Plaintiff's assignee becomes the purchaser or purchasers at such sale, they shall be required to tender a deposit of 10% of the purchase price in certified funds and the closing of title shall be had thirty days after such sale unless otherwise stipulated by all parties to the sale; and it is further

ORDERED, ADJUDGED and DECREED, that the Referee, upon receiving the proceeds of the sale, shall forthwith pay therefrom, in accordance with their priority

4

according to law, the taxes, assessments, sewer rents or water rates which are or may become liens on the premises at the time of sale with such interest or penalties which may lawfully have accrued thereon to the date of payment; and it is further

ORDERED, ADJUDGED and DECREED, that said Referee then deposit the balance of said proceeds of sale in his/her own name as Referee **in any local banking institution insured by the FDIC** and shall thereafter make the following payments and his/her checks drawn for that purpose shall be paid by said depository:

FIRST:     The statutory fee of the Referee in the sum of $500.00;

SECOND:    The expenses of sale and the advertising expenses as shown on the bills presented and certified by the Referee to be correct, duplicate copies of which shall be annexed to the Report of Sale;

THIRD:     Said Referee shall also pay to the Plaintiff, or Plaintiff's attorney, the sum of **$2,125.11** adjudged to the Plaintiff for costs and disbursements in this action to be taxed by the Clerk and inserted herein, with interest thereon from the date hereof; together with an additional allowance of $_____ hereby awarded to the  Plaintiff in addition to costs, with interest thereon from the date hereof; and also the sum of **$284,765.76**, the said amount so reported due as aforesaid, together with interest thereon from **November 1, 2013**, the date interest was calculated to in the affidavit of John Szeman sworn to on the 4th day of November, 2013, or so much

5

thereof as the purchase money of the mortgaged premises will pay the same, together with any advances necessarily paid by the Plaintiff for taxes, fire and other casualty insurance, principal and interest to prior mortgagees to preserve and/or maintain the premises not previously included in any computations, upon presentation of receipts for said expenditures to the Referee, together with **$20,818.50** hereby awarded to the Plaintiff as reasonable legal fees herein, together with any advances as provided for in the note and mortgage, which Plaintiff has made for taxes, insurance, principal and interest and any other charges due to prior mortgages, or to maintain the premises pending consummation of this foreclosure sale, not previously included in the computation and upon presentation of receipts for said expenditures to the Referee, all together with interest thereon pursuant to the note and mortgage;

FOURTH:    If such Referee intends to apply for a further allowance for his/her fees, he/she may leave upon deposit such amount as will cover such additional allowance, to await the further Order of this Court thereon after application duly made upon due notice to those parties entitled thereto.

That in case the Plaintiff be the purchaser of said mortgaged premises at said sale, or in the event that the rights of the purchasers at said sale and the terms of sale under this

6

judgment shall be assigned to and be acquired by the Plaintiff, and a valid assignment thereof filed with said Referee, said Referee shall not require the Plaintiff to pay in cash the entire amount bid at said sale, but shall execute and deliver to the Plaintiff, or its Assignee, a deed or deeds of the premises sold upon the payment to said Referee of the amounts specified above in items marked "FIRST" and "SECOND" and the amounts of the aforesaid taxes, assessments, sewer rents and water rates, with interest and penalties thereon, or, in lieu of the payment of said last mentioned amounts, upon filing with said Referee receipts of the proper municipal authorities showing the payment thereof; that the balance of the amount bid after deducting therefrom the aforesaid amounts paid by the Plaintiff for Referee's fees, advertising expenses, taxes, assessments, sewer rents and water rates shall be allowed to the Plaintiff and applied by said Referee upon the amounts due to the Plaintiff as specified above in item marked "THIRD"; that if after so applying the balance of the amount bid, there shall be a surplus over and above the said amounts due to the Plaintiff, the Plaintiff shall pay to the said referee upon delivery to Plaintiff of said Referee's deed, the amount of such surplus; that said Referee, upon receiving said several amounts from the Plaintiff, shall forthwith pay therefrom said taxes, assessments, sewer rents and water rates, with interest and penalties thereon, unless the same have already been paid, and shall deposit the balance.

The said Referee take the receipt of the Plaintiff, or the attorneys for the Plaintiff, for the amounts paid as directed in item "THIRD" above, and file it with his/her report of sale; that he/she deposit the surplus monies, if any, with the aforesaid depository within

7

five days after the same shall be received and be ascertainable, to the credit of this action, to be withdrawn only on an order of this Court, signed by a justice of this Court. The Referee shall make his/her report of such sale under oath showing the disposition of the proceeds of the sale and accompanied by the vouchers of the persons to whom payments were made, and shall file it with the Clerk of the Court within thirty (30) days after the completing the sale and executing the proper conveyance to the purchaser, and that if the proceeds of such sale be insufficient to pay the amount reported due to the Plaintiff with interest and costs as aforesaid, the Referee shall specify the amount of such deficiency in his/her report of sale; that the Plaintiff recover from the Defendant DANIEL A. HESSE the whole deficiency or so much thereof as the Court may determine to be just and equitable of the residue of the mortgage debt remaining unsatisfied after a sale of the mortgaged premises and the application of the proceeds thereof, provided a motion for a deficiency judgment shall be made as prescribed in section 1371 of the Real Property Actions and Proceedings Law within the time limited therein, and the amount thereof determined and awarded by an Order of this Court as provided for in said section; and it is further

ORDERED, that the purchaser or purchasers at said sale be let into possession on production of the Referee's deed or deeds; and it is further

ORDERED, ADJUDGED AND DECREED, that each and all of the Defendants in this action and all persons claiming under them, or any or either of them, after the filing of the notice of such notice of pendency of this action, be and they are hereby

8

forever barred and foreclosed of all right, claim, lien, title, interest and equity or redemption in said mortgaged premises, and each and every part thereof; and it is further

ORDERED, ADJUDGED AND DECREED, that said premises is to be sold in one parcel in "as is" physical order and condition, subject to any state of facts that an inspection of the premises would disclose; any state of facts that an accurate survey of the premises would show; any covenants, restrictions, declarations, reservations, easements, rights of way and public utility agreements of record, if any; any building and zoning ordinances of the municipality in which the mortgaged premises is located and possible violations of same; any rights of tenants or persons in possession of the subject premises; prior liens of record, if any, except those liens addressed in section 1354 of the Real Property Actions and Proceedings Law; any equity of redemption of the UNITED STATES OF AMERICA to redeem the premises pursuant to federal law; and it is further

ORDERED, that if the Referee cannot serve herein, the Court may appoint a Substitute Referee upon proper application; and it is further;

ORDERED, that the caption be amended by deleting the references to "John Doe" and "Jane Doe," and the language appearing in the caption thereafter, and adding JIM SAYERS D/B/A JIMBO'S DELI AND PIZZA AND STRESSFREE DRIVING SCHOOL, and all papers and pleadings heretofore had herein are deemed amended accordingly; and it is further

ORDERED, that the caption is hereby amended and shall read as follows:

-----------------------------------------------------------------X;

CAPITAL ONE, NATIONAL ASSOCIATION,
successor by merger to North Fork Bank,

Plaintiff,

   - against -

DANIEL A. HESSE, IFS CAPITAL LLC, NEW YORK
STATE DEPARTMENT OF TAXATION AND FINANCE,
NORTH SHORE LEASING & FUNDING, INC.,       Case No.
UTICA MUTUAL INSURANCE COMPANY,        13-cv-02905-SJF-ARL
GRAPHIC ARTS MUTUAL INSURANCE COMPANY,
GERALDINE BIELLO, NICHOLAS IORIO, MARIAN IORIO,
FRED DESANTI, KENNETH REID, WASHINGTON
INTERNATIONAL INSURANCE COMPANY,
JIM SAYERS D/B/A JIMBO'S DELI AND PIZZA AND
STRESSFREE DRIVING SCHOOL

-----------------------------------------------------------------X; and it is further;

ORDERED that a judgment shall be entered reforming the 1996 Modification and

Extension Agreement, the $231,229.55 Mortgage, the Consolidated Mortgage and the

Consolidated Loan ALR, as defined in the Verified Complaint, to the extent that the

property description referred to in the "Schedule A" pages annexed thereto contain an

incorrect course description, by including the phrase "arc of a curve bearing to the right",

which phrase should be corrected to read "arc of a curve bearing to the left"; and it is

further

ORDERED, that a copy of this Judgment with Notice of Entry shall be served upon the owner of the equity of redemption, any tenants named in this action and any other party entitled to notice; and it is further

Said premises are commonly known as **280 Knickerbocker Avenue a/k/a 280, 282 and 284 Knickerbocker Avenue, Bohemia, New York**.  A description of said mortgaged premises is annexed hereto and made a part hereof as Schedule "A".

ENTER:

11/6/13

s/ Sandra J. Feuerstein

J.S.C.  U.S.D.J.

## SCHEDULE A
## DESCRIPTION

**District 0500, Section 193.00, Block 01.00 and Lot 016.020**

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being at Holbrook (Bohemia), Town of Islip, County of Suffolk and State of New York, being more particularly bounded and described as follows:

BEGINNING at a point on the Westerly side of Knickerbocker Avenue at the extremely Northerly end of an arc of a curve which connects the Northerly side of McCormick Drive with the Westerly side of Knickerbocker Avenue;

RUNNING THENCE Southwesterly along the above mentioned arc of a curve bearing to the left and having a radius of 25.00 feet, a length of 39.27 feet;

THENCE North 84 degrees 00 minutes 20 seconds West along the Northerly side of McCormick Drive, 81.73 feet;

THENCE North 5 degrees 59 minutes 40 seconds East, 200.00 feet;

THENCE South 84 degrees 00 minutes 20 seconds East, 106.73 feet to the Westerly side of Knickerbocker Avenue;

THENCE South 5 degrees 59 minutes 40 seconds West along the Westerly side of Knickerbocker Avenue, 175.00 feet to the point or place of BEGINNING.

**Premises known as 280 Knickerbocker Avenue a/k/a 280, 282 and 284 Knickerbocker Avenue, Bohemia, New York**

# UNITED STATES DISTRICT COURT

Southern    District of    New York

CAPITAL ONE, NATIONAL ASSOCIATION

V.

DANIEL A. HESSE et. al.

## BILL OF COSTS

Case Number:  13-cv-02905-SJF-ARL

Judgment having been entered in the above entitled action on _____ against   All Defendants    ,
Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk ................................................................ | $ | 480.00 |
| Fees for service of summons and subpoena .............................................. | | 1,140.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | | |
| Fees and disbursements for printing ..................................................... | | |
| Fees for witnesses (itemize on page two) ................................................. | | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | | |
| Docket fees under 28 U.S.C. 1923 ..................................................... | | |
| Costs as shown on Mandate of Court of Appeals .......................................... | | |
| Compensation of court-appointed experts ................................................ | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | | |
| Other costs (please itemize) .......................................................... | | 505.11 |
| (Title Searches) | | |
| TOTAL | $ | 2,125.11 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑    Electronic service by e-mail as set forth below and/or.

☑    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney:   Maryam Franzella

For:  Capital One, National Association                          Date:   11/4/2013
        Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                      Deputy Clerk                         Date

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."



# INVOICE

| | |
|---|---|
| Date: | **04/02/2013** |
| Invoice/Title #: | **FCL-91146-13 A** |
| Client Reference #: | **5789.0392** |

**Bill to:**
**Lazer, Aptheker, Rosella & Yedid, P.C.**
225 Old Country Road
Melville, NY 11747
Phone: (631) 761-0800
Fax: (631) 761-0013
Attn: Donna Grillo

| Record Owner | Premises | County |
|---|---|---|
| IFS Capital LLC<br>Daniel A. Hesse | 280 Knickerbocker Avenue a/k/a 280, 282 and 284<br>Knickerbocker Avenue<br>Bohemia, NY 11716 | Suffolk |

| Description of Services | Amount |
|---|---|
| Foreclosure Search | $400.00 |
| Sales Tax Rate 8.625% Jurisdiction Code 4711 | $34.50 |

| **Total Amount Due** | **$434.50** |
|---|---|

Please make check payable to:
Advantage Foreclosure
201 Old Country Road, Suite 200
Melville, NY 11747

**Please remit payment within 30 days to the above address. If you have any questions regarding payment of this invoice, please contact Diane Striebel at 631.870.1044 or dstriebel@advantagegroupny.com**

*Thank you. We appreciate your continued business!*

 **ADVANTAGE FORECLOSURE**

# INVOICE

| | |
|---|---|
| Date | 06/20/2013 |
| Invoice/Title # | FCL-91146-13 B |
| Client Reference # | 5789.0392 |

**Bill to:**
Lazer, Aptheker, Rosella & Yedid, P.C.
225 Old Country Road
Melville, NY 11747
Phone: (631) 761-0800
Fax: (631) 761-0013
Attn: Melissa Schnettler

| **Record Owner** | **Premises** | **County** |
|---|---|---|
| IFS Capital LLC | 280 Knickerbocker Avenue a/k/a 280, 282 and 284 | Suffolk |
| Daniel A. Hesse | Knickerbocker Avenue | |
| | Bohemia, NY 11716 | |

| Description of Services | |
|---|---|
| Two Continuations | $65.00 |
| Sales Tax Rate 8.625% Jurisdiction Code 4711 | $5.61 |

| **Total Amount Due** | **$70.61** |
|---|---|

Please make check payable to:
Advantage Foreclosure
201 Old Country Road, Suite 200
Melville, NY 11747

**Please remit payment within 30 days to the above address. If you have any questions regarding payment of this invoice, please contact
Diane Striebel at 631.870.1044 or dstriebel@advantagegroupny.com**

*Thank you. We appreciate your continued business!*

# INTERBORO ATTORNEY SERVICE

2132 Wantagh Avenue, Wantagh, NY 11793

Phone 516-221-2600 -- FAX 516-221-9200
EMAIL info@interboroattorney.com

LAZER, APTHEKER, ROSELLA & YEDID, P.C.
225 OLD COUNTRY RD
MELVILLE NY 11747

Invoice Date 6/18/2013
Invoice # 4336



# INTERBORO ATTORNEY SERVICE

2132 Wantagh Avenue, Wantagh, NY 11793

Phone 516-221-2900 — FAX 516-221-0200
E-MAIL: interboro@aol.com

# REDACTED

| Job #: 35586 | Serve To: DANIEL A. HESSE | Rec'd: 5/28/2013 | Served: 5/30/2013 |
|---|---|---|---|
| Your #: 5789-0392 | Person Served: DANIEL A. HESSE | | |

| Date | Description | | Fee |
|---|---|---|---|
| | PERSONAL IN HAND SERVICE | | $85.00 |

Plaintiff: CAPITAL ONE NATIONAL ASSOCIATION     Job Total =    $85.00
Defendant: DANIEL A HESSE ET AL

| Job #: 35587 | Serve To: FS CAPITAL LLC | Rec'd: 5/28/2013 | Served: 5/30/2013 |
|---|---|---|---|
| Your #: 5789-0392 | Person Served: DANIEL A. HESSE | | |

| Date | Description | | Fee |
|---|---|---|---|
| | Regular Service | | $50.00 |

Plaintiff: CAPITAL ONE NATIONAL ASSOCIATION     Job Total =    $50.00
Defendant: DANIEL A HESSE ET AL

| Job #: 35588 | Serve To: NEW YORK STATE | Rec'd: 5/28/2013 | Served: 5/31/2013 |
|---|---|---|---|
| Your #: 5789-0392 | Person Served: MARY HART | | |

| Date | Description | | Fee |
|---|---|---|---|
| | Regular Service albany | | $50.00 |

Plaintiff: CAPITAL ONE NATIONAL ASSOCIATION     Job Total =    $50.00
Defendant: DANIEL A HESSE ET AL

We accept all major credit cards

# INTERBORO ATTORNEY SERVICE

2132 Wantagh Avenue, Wantagh, NY 11793

Phone 516-221-2909 — FAX 516-221-9200

EMAIL: into@interboroattorney.com

Invoice For: LAZER, APTHEKER, ROSELLA & YEDID, P.C.

---

| Job #: 35589 | | Serve To: NORTH SHORE LEASING & | Rec'd: 5/28/2013 | Served: |
|---|---|---|---|---|
| Your #: 5789-0392 | | Person Served: | | |
| Date | Description | | | |
| | attempted service | | | **Fee** |
| | | | | $50.00 |
| **Plaintiff:** CAPITAL ONE NATIONAL ASSOCIATION | | | Job Total = | $50.00 |
| **Defendant:** DANIEL A HESSE ET AL | | | | |

| Job #: 35590 | | Serve To: UTICA MUTUAL INSURANCE | Rec'd: 5/28/2013 | Served: 6/3/2013 |
|---|---|---|---|---|
| Your #: 5789-0392 | | Person Served: | | |
| Date | Description | | | |
| | Regular Service new hartford ny | | | **Fee** |
| | | | | $100.00 |
| **Plaintiff:** CAPITAL ONE NATIONAL ASSOCIATION | | | Job Total = | $100.00 |
| **Defendant:** DANIEL A HESSE ET AL | | | | |

| Job #: 35591 | | Serve To: GRAPHIC ARTS MUTUAL | Rec'd: 5/28/2013 | Served: 6/3/2013 |
|---|---|---|---|---|
| Your #: 5789-0392 | | Person Served: | | |
| Date | Description | | | |
| | Regular Service | | | **Fee** |
| | | | | $50.00 |
| **Plaintiff:** CAPITAL ONE NATIONAL ASSOCIATION | | | Job Total = | $50.00 |
| **Defendant:** DANIEL A HESSE ET AL | | | | |

| Job #: 35592 | | Serve To: GERALDINE BIELLO | Rec'd: 5/28/2013 | Served: 6/10/2013 |
|---|---|---|---|---|
| Your #: 5789-0392 | | Person Served: | | |
| Date | Description | | | |
| | Regular Service | | | **Fee** |
| | | | | $50.00 |
| | OVERSIZE MAIL | | | $5.00 |
| **Plaintiff:** CAPITAL ONE NATIONAL ASSOCIATION | | | Job Total = | $55.00 |
| **Defendant:** DANIEL A HESSE ET AL | | | | |

| Job #: 35593 | | Serve To: NICHOLAS IORIO | Rec'd: 5/28/2013 | Served: 6/10/13 |
|---|---|---|---|---|
| Your #: 5789-0392 | | Person Served: MARIAN IORIO | | |
| Date | Description | | | |
| | Regular Service | | | **Fee** |
| | | | | $50.00 |
| | OVERSIZE MAIL | | | $5.00 |
| **Plaintiff:** CAPITAL ONE NATIONAL ASSOCIATION | | | Job Total = | $55.00 |
| **Defendant:** DANIEL A HESSE ET AL | | | | |

| Job #: 35594 | | Serve To: MARIAN IORIO | Rec'd: 5/28/2013 | Served: 6/1/2013 |
|---|---|---|---|---|
| Your #: 5789-0392 | | Person Served: MARIAN IORIO | | |
| Date | Description | | | |
| | PERSONAL IN HAND SERVICE | | | **Fee** |
| | | | | $85.00 |
| **Plaintiff:** CAPITAL ONE NATIONAL ASSOCIATION | | | Job Total = | $85.00 |
| **Defendant:** DANIEL A HESSE ET AL | | | | |

We accept all major credit cards

# INTERBORO ATTORNEY SERVICE

2122 Wantagh Avenue  Wantagh, NY 11793

Phone 516-221-2860 or  FAX 516-221-9200
EMAIL info@interboroattorney.com

Invoice For: LAZER, APTHEKER, ROSELLA & YEDID, P.C.

| Job #: 35596 | Serve To: FRED DESANTI | Rec'd: 5/29/2013 | Served: 6/1/2013 |
|---|---|---|---|
| Your #: 5789 0392 | Person Served: FRED DESANTI | | |

| Date | Description | Fee |
|---|---|---|
| | PERSONAL IN HAND SERVICE | $85.00 |

**Plaintiff:** CAPITAL ONE NATIONAL ASSOCIATION
**Defendant:** DANIEL A HESSE ET AL

**Job Total =** $85.00

---

| Job #: 35596 | Serve To: KENNETH REID | Rec'd: 5/28/2013 | Served: 5/29/2013 |
|---|---|---|---|
| Your #: 5789 0392 | Person Served: JANE DOE * | | |

| Date | Description | Fee |
|---|---|---|
| | Regular Service | $50.00 |
| | OVERSIZE MAIL | $5.00 |

**Plaintiff:** CAPITAL ONE NATIONAL ASSOCIATION
**Defendant:** DANIEL A HESSE ET AL

**Job Total =** $55.00

---

| Job #: 35597 | Serve To: WASHINGTON | Rec'd: 5/28/2013 | Served: 6/6/2013 |
|---|---|---|---|
| Your #: 5789 0392 | Person Served: | | |

| Date | Description | Fee |
|---|---|---|
| | out of state service | $140.00 |

**Plaintiff:** CAPITAL ONE NATIONAL ASSOCIATION
**Defendant:** DANIEL A HESSE ET AL

**Job Total =** $140.00

---

| Job #: 35800 | Serve To: JOHN DOE AKA JIM SAYERS | Rec'd: 5/28/2013 | Served: 5/30/2013 |
|---|---|---|---|
| Your #: 5789 0392 | Person Served: JOHN DOE AKA JIM SAYERS | | |

| Date | Description | Fee |
|---|---|---|
| | Regular Service | $50.00 |

**Plaintiff:** CAPITAL ONE NATIONAL ASSOCIATION
**Defendant:** DANIEL A HESSE ET AL

**Job Total =** $50.00

---

| Job #: 35801 | Serve To: JANE DOE AKA STRESSFREE | Rec'd: 5/28/2013 | Served: 5/30/2013 |
|---|---|---|---|
| Your #: 5789 0392 | Person Served: CHRISTINA APRILE | | |

| Date | Description | Fee |
|---|---|---|
| | Regular Service | $50.00 |
| | FILE | $5.00 |

**Plaintiff:** CAPITAL ONE NATIONAL ASSOCIATION
**Defendant:** DANIEL A HESSE ET AL

**Job Total =** $55.00

---

| Job #: 35802 | Serve To: ALL DOES | Rec'd: 5/29/2013 | Served: 5/31/2013 |
|---|---|---|---|
| Your #: 5789 0392 | Person Served: | | |

| Date | Description | Fee |
|---|---|---|
| | 1303 NOTICE 2 @ 35 | $70.00 |
| | MAIL 2 @ 7.50 | $15.00 |

**Plaintiff:** CAPITAL ONE NATIONAL ASSOCIATION
**Defendant:** DANIEL A HESSE ET AL

**Job Total =** $85.00

---

We accept all major credit cards

&ZRPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYE012471
Cashier ID: dromano
Transaction Date: 05/17/2013
Payer Name: Lazer Aptheker
----------------------------------
CIVIL FILING FEE
 For: Lazer Aptheker
 Case/Party: D-NYE-1-13-CV-002905-000
 Amount:        $400.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $400.00
----------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:      $0.00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
CAPITAL ONE, NATIONAL ASSOCIATION,
successor by merger to North Fork Bank,

                                  Plaintiff,

    - against -

DANIEL A. HESSE, IFS CAPITAL LLC, NEW YORK
STATE DEPARTMENT OF TAXATION AND
FINANCE, NORTH SHORE LEASING & FUNDING,
INC., UTICA MUTUAL INSURANCE COMPANY,
GRAPHIC ARTS MUTUAL INSURANCE COMPANY,
GERALDINE BIELLO, NICHOLAS IORIO, MARIAN
IORIO, FRED DESANTI, KENNETH REID,
WASHINGTON INTERNATIONAL INSURANCE
COMPANY,

"JOHN DOE #1" through "JANE DOE #80," the last
eighty names being fictitious and unknown to the Plaintiff,
the person or parties intended being the person or parties, if
any, having or claiming an interest in or lien upon the
mortgage premises described in the Complaint,

                                Defendants.
--------------------------------------------------------------------X

**NOTICE OF**   *13-14678*
**PENDENCY**

Case No. CV-13-2905

Date Filed: 5/17/13

**FILED**

JUN 0 4 2013
COUNTY CLERK
JUDITH A. PASCALE

     NOTICE IS HEREBY GIVEN that an action has been commenced and is pending
in this Court upon a Complaint of the above named Plaintiff against the above
Defendants for the foreclosure of:

    (I)

        i.    a Mortgage and Security Agreement dated February 14, 1991 by LSD
             Associates ("LSD") to The North Fork Bank & Trust Company ("North
             Fork Trust") to secure the principal sum of $250,000.00 which
             mortgage was recorded in the Suffolk County Clerk's Office on
             February 27, 1991 in Liber 16608, Page 571;

                a.    which mortgage (i) was modified and extended by Mortgage
                      and Note Modification and Extension Agreement dated May 29,
                      1996 by LSD to North Fork Bank, recorded in the Office of the
                      Clerk of Suffolk County on June 11, 1996 in Liber 19071 Page



LAZER, APTHEKER, ROSELLA & YEDID, P.C.
ATTORNEYS AT LAW
ATTORNEYS OPERATING ACCOUNT
225 OLD COUNTRY ROAD
MELVILLE, NY 11747

TD BANK
America's Most Convenient Bank
1-1367-260

12635

5/7/2013

PAY TO THE
ORDER OF        Clerk of the Court

$        **80.00**

***Eighty & No/100 ***

DOLLARS

Clerk of the Court

MEMO    5789.0392

AUTHORIZED SIGNATURE

⑈012635⑈ ⑆026013673⑈ 4253202108⑈

LAZER, APTHEKER, ROSELLA & YEDID, P.C.
ATTORNEYS OPERATING ACCOUNT

12635

Clerk of the Court                                          5/7/2013

| Invoice Date | Reference No. | Description | Amount |
|---|---|---|---|
| 5/7/2013 | | | 80.00 |

| Commerce Operating Account | 5789.0392 | | Check Amount | 80.00 |

Hesse, Daniel



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CAPITAL ONE, NATIONAL ASSOCIATION,
successor by merger to North Fork Bank,

                                                            Plaintiff,

            - against -

DANIEL A. HESSE, IFS CAPITAL LLC, NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE, NORTH SHORE LEASING & FUNDING, INC., UTICA
MUTUAL INSURANCE COMPANY, GRAPHIC ARTS MUTUAL INSURANCE
COMPANY, GERALDINE BIELLO, NICHOLAS IORIO, MARIAN IORIO, FRED
DESANTI, KENNETH REID, WASHINGTON INTERNATIONAL INSURANCE
COMPANY,

"JOHN DOE #1" through "JANE DOE #80," the last eighty names being fictitious and
unknown to the Plaintiff, the person or parties intended being the person or parties, if any,
having or claiming an interest in or lien upon the mortgage premises described in the
Complaint,

                                                            Defendants.

## PROPOSED JUDGMENT AND BILL OF COSTS

### LAZER, APTHEKER, ROSELLA & YEDID, P.C.
*Attorneys for Plaintiff*
**ATTORNEYS AT LAW**
**MELVILLE LAW CENTER**
**225 OLD COUNTRY ROAD**
**MELVILLE, NEW YORK 11747**
**(631) 761-0800**